IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ERIK H. HANSON,<br><br>                Plaintiff,<br><br>      v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | **Case No. 3:22-cv-01270-AR**<br><br>**ORDER FOR FEES UNDER 42 U.S.C. § 406(b)** |

      Plaintiff brought this action seeking review of the Commissioner of the Social Security Administration's final decision to deny Plaintiff's application for Supplemental Security Income under Title XVI of the Social Security Act. The Court remanded the case for further administrative proceedings. ECF Doc. No. 16. On remand, Plaintiff receive a Fully Favorable decision, awarding Supplemental Security Income.

      Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has not objected to the request. The Court finds the requested fees are reasonable.

      Plaintiff's motion [ECF Doc No. 23] is granted, and Plaintiff's counsel is awarded $12,056.26 in attorney fees under 42 U.S.C. § 406(b). Previously, the Court awarded Plaintiff $9,034.21 in fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

      When issuing the Section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send

PROPOSED ORDER FOR 406(b) FEES - 1
[3:22-cv-01270-AR]

Plaintiff's attorney, H. Peter Evans, the balance of $3,022.05, less any applicable processing fee prescribed by law.

    IT IS SO ORDERED.

    DATED this 28th day of July, 2025.

                                                                                   _____
                                                                                   Honorable Jeff Armistead
                                                                                    U.S. Magistrate Judge

Proposed Order Submitted on July 8, 2025

**/s/ H. Peter Evans**
H. Peter Evans, OSB 012532
Attorney for Plaintiff

PROPOSED ORDER FOR 406(b) FEES - 2
[3:22-cv-01270-AR]